**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**ROGER W. TITUS**                                                                                              **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                                                                     **GREENBELT, MARYLAND 20770**
                                                                                                                                              **301-344-0052**

## M E M O R A N D U M

TO:             Counsel of Record

FROM:       Judge Roger W. Titus

RE:             *USA v. Perry J. Haywood, Jr.*
                    Criminal No. RWT-12-0212

DATE:        October 15, 2015

\* \* \* \* \* \* \* \* \*

At the request of the Defendant and with the consent of the Government, the sentencing hearing currently scheduled for October 15, 2015 at 10:00 a.m. is hereby **RESCHEDULED** to **October 30, 2015 at 1:00 p.m.**

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                                                                                            /s/
                                                                                                Roger W. Titus
                                                                                                United States District Judge